RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ANDREW WONG
Assistant Federal Public Defender
Nevada State Bar No. 14133
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Andrew_Wong@fd.org

Attorney for Armando Riveros-Gomez

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES,<br><br>          Plaintiff,<br><br>     v.<br><br>ARMANDO RIVEROS-GOMEZ,<br><br>          Defendant. | Case No. 2:20-MJ-114-DJA<br><br>**STIPULATION TO ORDER PROBATION TO PREPARE A REPORT DETAILING THE DEFENDANT'S CRIMINAL HISTORY** |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Kimberly M. Frayn, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Andrew Wong, Assistant Federal Public Defender, counsel for Armando Riveros-Gomez, that this Court order U.S. Probation to prepare a report detailing the defendant's criminal history, if any.

This Stipulation is entered for the following reasons:

1. This is an illegal reentry fast track case under USSG § 5K3.1.

2. Under the fast track agreement, the parties have agreed to jointly request that the change of plea and sentencing proceed on the same day. The defendant has further agreed to consent to a presentence investigation interview prior to entry of plea. For probation to commence the interview and the presentence investigation report, they require an order from the Court instructing them to prepare a report detailing the defendant's criminal history. Typically, this order is entered at the time of a defendant's initial appearance by way of a minute order. However, in this case, the magistrate judge did not issue such an order.[1]

3. In order to give full effect to the fast-track agreement, the parties require the requested order. Probation cannot begin the presentence investigation report without the order.

4. Defense counsel has spoken to probation and they have no opposition. Probation requests this order.

DATED this 8th day of April 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s Andrew Wong*<br>By_____<br>ANDREW WONG<br>Assistant Federal Public Defender | */s/ Kimberly M. Frayn*<br>By_____<br>KIMBERLY M. FRAYN<br>Assistant United States Attorney |

---

[1] The parties surmise that this likely did not happen in this case because the case was initiated by way of a complaint rather than an indictment.

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-MJ-114-DJA |
| Plaintiff, | **ORDER** |
| v. | |
| ARMANDO RIVEROS-GOMEZ, | |
| Defendant. | |

Based on the Stipulation of counsel and good cause appearing,

IT IS ORDERED that the U.S. Probation is directed to prepare a report detailing the defendant's criminal history, if any.

DATED this 10th day of April, 2020.

_____
Daniel J. Albregts
United States Magistrate Judge

3